COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Thomas Wayne Florence v. The State of Texas

Appellate case numbers:    01-20-00556-CR

Trial court case number:    10-CR-1217

Trial court:                56th District Court of Galveston County

This Court's memorandum opinion and judgment issued on March 3, 2022. On March 9, 2022, appellant, Thomas Wayne Florence, proceeding pro se, filed a motion entitled "Request for Leave of Court for Court to Take Notice of *Walp v. Williams*." *See* 330 S.W.3d 404 (Tex. App.—Fort Worth 2010, no pet.). We construe this motion as a motion for rehearing. *See* TEX. R. APP. P. 49.1.

The Court **requests** a response to the motion for rehearing from the State within fourteen days of the date of this order. *See* TEX. R. APP. P. 49.2. The State's response shall specifically address: (1) whether chapter 11 of the Civil Practice and Remedies Code applies to criminal proceedings generally; and (2) whether chapter 11 of the Civil Practice and Remedies Code applies to a motion for DNA testing under article 64 of the Code of Criminal Procedure. The State's response may also address any other issues raised in Florence's motion for rehearing.

It is so ORDERED.


Judge's signature:   /s/  April L. Farris
                     ☐ Acting individually   ☑ Acting for the Court

Panel consists of Justices Goodman, Rivas-Molloy, and Farris

Date: April 28, 2022